IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ENVIROFOAM TECHNOLOGIES, INC., )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-178
)
GERALD L. TUMBLESTON, JR., and )
CAROLINA SPRAY FOAM, INC., )
)
    Defendants. )
)

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of January 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA